STATE of Maine

v.

**Richard F. BLACK.**

Supreme Judicial Court of Maine.

Oct. 20, 1978.

Joseph M. Jabar, Dist. Atty. (orally), Wayne R. Theriault, Legal Intern, Augusta, for plaintiff.

Lipman, Parks, Livingston & Lipman, P.A., by John M. Parks (orally), Roger J. Katz, Augusta, for defendant.

Before McKUSICK, C. J., and ARCHIBALD, DELAHANTY, GODFREY and NICHOLS, JJ.

---

MEMORANDUM OF DECISION

Our decision in this case is governed by our decision in *State v. Kimball*, Me., 359 A.2d 305 (1976).

The entry is:

Appeal denied.

Judgment affirmed.

POMEROY and WERNICK, JJ., did not sit.